**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| HAYRI OLIVAS-ARENAS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>HOBBY LOBBY STORES, INC. d/b/a HOBBY LOBBY #679 d/b/a HOBBY LOBBY; 2100 NORTH RAINBOW BOULEVARD HOLDINGS, LLC; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendant. | 2:19-cv-00624-RFB-VCF<br>**<u>MINUTE ORDER</u>** |

Before the court is the Motion for Protective Order (ECF No. 29).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion for Protective Order (ECF No. 29) is scheduled for 2:30 PM, October 20, 2020, in Courtroom 3D.

DATED this 2nd day of October, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE