Farhan R. Naqvi
Nevada Bar No. 8589
Paul G. Albright
Nevada Bar No. 14159
NAQVI INJURY LAW
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
naqvi@naqvilaw.com
paul@naqvilaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HAYRI OLIVAS-ARENAS, individually, | Case No.: 2:19-cv-00624-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE (SEVENTH REQUEST)** |
| HOBBY LOBBY STORES, INC. d/b/a HOBBY LOBBY #679 d/b/a HOBBY LOBBY; 2199 NORTH RAINBOW BOULEVARD HOLDINGS, LLC; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, | |
| Defendants. | |

Plaintiff HAYRI OLIVAS-ARENAS ("Plaintiff"), by and through her attorneys of record, FARHAN R. NAQVI and PAUL G. ALBRIGHT of the law firm NAQVI INJURY LAW, and Defendants HOBBY LOBBY STORES, INC. d/b/a HOBBY LOBBY #679 d/b/a HOBBY LOBBY; 2199 NORTH RAINBOW BOULEVARD HOLDINGS, LLC (hereinafter collectively referred to as "Defendants"), by and through their attorneys of record, MICHAEL P. LOWRYS of the law firm WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, submit this

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE (SEVENTH REQUEST)** pursuant to LR 26-4 for the Court's consideration.

## I.

## DISCOVERY COMPLETED TO DATE

1. A Rule 26(f) Case Conference was held and a Discovery Plan/Scheduling Order was filed.
2. Plaintiff has made initial disclosures, and supplements thereto.
3. Defendants have made initial disclosures, and supplements thereto.
4. Plaintiff has propounded a first set of requests for production to Defendant 2199 North Rainbow Boulevard Holdings, LLC, to which responses were provided.
5. Plaintiff has propounded a first set of requests for production to Defendant Hobby Lobby Stores, Inc. d/b/a Hobby Lobby #679 d/b/a Hobby Lobby, to which responses were provided.
6. Plaintiff has propounded a first set of interrogatories to Defendant Hobby Lobby Stores, Inc. d/b/a Hobby Lobby #679 d/b/a Hobby Lobby, to which responses were provided.
7. Defendant 2199 North Rainbow Boulevard Holdings, LLC has propounded a first set of interrogatories to Plaintiff, to which responses have been provided.
8. Defendant 2199 North Rainbow Boulevard Holdings, LLC has propounded a first set of requests for production to Plaintiff, to which responses have been provided.
9. Plaintiff has propounded a second set of interrogatories to Defendant Hobby Lobby Stores, Inc. d/b/a Hobby Lobby #679 d/b/a Hobby Lobby, to which responses were provided.
10. Plaintiff has propounded a third set of interrogatories to Defendant Hobby Lobby Stores, Inc. d/b/a Hobby Lobby #679 d/b/a Hobby Lobby, to which responses were provided.
11. Subpoena duces tecum have been sent to various facilities and entities requesting records.

12. Deposition of Hobby Lobby employee, Apolinar Lopez.

13. Deposition of Plaintiff.

14. A site inspection has been performed.

15. The parties have made initial and rebuttal expert disclosures.

## II.

## DISCOVERY TO BE COMPLETED

1.      Production of documents by Defendants.

2.      Deposition of Defendants' FRCP 30(b)(6) witness.

## III.

## WHY DISCOVERY CANNOT BE COMPLETED IN THE TIME PROVIDED BY THE SCHEDULING ORDER

The parties represent that good cause exists for extending the discovery deadline in this matter. The parties have diligently prosecuted and defended this case, and the only remaining discovery to be completed is the production of certain documents by Defendants, with the deposition of Defendants FRCP 30(b)(6) witness to follow shortly thereafter. The parties have diligently sought to schedule this remaining deposition, but have encountered significant obstacles due to the COVID-19 pandemic, and the subsequent orers from Governor Steve Sisolak and other state officials around the country, particularly due to the fact that Hobbly Lobby Stores, Inc. shut down most of its operations for a period of time and the projected FRCP 30(b)(6) witness would have had to travel to Las Vegas from out of state. The court has graciously granted the parties extensions thus far, but the obstacles caused by the pandemic have persisted.

Additionally, the parties came close to scheduling the deposition, but could not agree on the scope of the topics. As such, Defendants filed a Motion for a Protective Order, which was heard by this Court on October 20, 2020, and granted in-part and denied in-part. The production

of certain disputed documents was further discussed at the hearing, and the Court provided the parties with guidance on the dispute, suggesting that the parties take the Court's ruling into consideration and attempt to resolve the dispute. At the hearing, the parties expressed concern about their ability to schedule the deposition prior to the current close of discovery, particularly given the production of additional materials. The Court advised the parties that it would be willing to extend discovery in order to allow the parties to complete the discovery detailed herein.

Lastly, it is notoriously difficult to obtain documents from clients and schedule depositions during the holiday season. This is further compounded by the recent surger in COVID-19 cases and the resulting restrictions being imposed by local governments across the country, including here in Nevada. While the parties do not wish to delay this matter more than necessary, the parties believe it would be prudent to extend discovery past the holiday season, so as to avoid having to request any further extensions. As such, the parties respectfully request a brief 60 day extension of the discovery deadline.

/ / /

/ / /

/ / /

## IV.

## PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

| DISCOVERY | Current Deadline | PROPOSED DEADLINE |
|---|---|---|
| Interim Status Report | Closed | Closed |
| Initial Expert Disclosure | Closed | Closed |
| Rebuttal Expert Disclosure | Closed | Closed |
| Close of Discovery | December 7, 2020 | February 8, 2021 |
| Dispositive Motions | January 7, 2021 | March 8, 2021 |
| Pretrial Order | February 9, 2020 | April 8, 2021 |

This Stipulation to Extend is made in good faith and not for purposes of delay.

DATED this 2nd of December, 2020.                    DATED this 2nd of December, 2020.

NAQVI INJURY LAW                                     WILSON ELSER MOSKOWITZ
                                                     EDELMAN & DICKER LLP

/s/ Paul G. Albright_____                   /s/ Michael P. Lowry_____
FARHAN R. NAQVI                                      MICHAEL P. LOWRY
Nevada Bar No. 8589                                  Nevada Bar No. 10666
PAUL G. ALBRIGHT                                     6689 Las Vegas Blvd., South, Suite 200
Nevada Bar No. 14159                                 Las Vegas, Nevada 89114
9500 W Flamingo Road, Suite 104                      *Attorney for Defendants*
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE,**

         12-3-2020
**DATED:** _____