FARHAN R. NAQVI
Nevada Bar No. 8589
PAUL G. ALBRIGHT
Nevada Bar No. 14159
NAQVI INJURY LAW
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
naqvi@naqvilaw.com
paul@naqvilaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HAYRI OLIVAS-ARENAS, individually, | Case No.: 2:19-cv-00624-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE (EIGHTH REQUEST)** |
| HOBBY LOBBY STORES, INC. d/b/a HOBBY LOBBY #679 d/b/a HOBBY LOBBY; 2199 NORTH RAINBOW BOULEVARD HOLDINGS, LLC; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, | |
| Defendants. | |

Plaintiff HAYRI OLIVAS-ARENAS ("Plaintiff"), by and through her attorneys of record, FARHAN R. NAQVI and PAUL G. ALBRIGHT of the law firm NAQVI INJURY LAW, and Defendants HOBBY LOBBY STORES, INC. d/b/a HOBBY LOBBY #679 d/b/a HOBBY LOBBY; 2199 NORTH RAINBOW BOULEVARD HOLDINGS, LLC (hereinafter collectively referred to as "Defendants"), by and through their attorney of record, MICHAEL P. LOWRY of the law firm WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, submit this

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE (EIGHTH REQUEST)** pursuant to LR 26-4 for the Court's consideration.

## I.

## DISCOVERY COMPLETED TO DATE

1. A Rule 26(f) Case Conference was held and a Discovery Plan/Scheduling Order was filed.

2. Plaintiff has made initial disclosures, and supplements thereto.

3. Defendants have made initial disclosures, and supplements thereto.

4. Plaintiff has propounded a first set of requests for production to Defendant 2199 North Rainbow Boulevard Holdings, LLC, to which responses were provided.

5. Plaintiff has propounded a first set of requests for production to Defendant Hobby Lobby Stores, Inc. d/b/a Hobby Lobby #679 d/b/a Hobby Lobby, to which responses were provided.

6. Plaintiff has propounded a first set of interrogatories to Defendant Hobby Lobby Stores, Inc. d/b/a Hobby Lobby #679 d/b/a Hobby Lobby, to which responses were provided.

7. Defendant 2199 North Rainbow Boulevard Holdings, LLC has propounded a first set of interrogatories to Plaintiff, to which responses have been provided.

8. Defendant 2199 North Rainbow Boulevard Holdings, LLC has propounded a first set of requests for production to Plaintiff, to which responses have been provided.

9. Plaintiff has propounded a second set of interrogatories to Defendant Hobby Lobby Stores, Inc. d/b/a Hobby Lobby #679 d/b/a Hobby Lobby, to which responses were provided.

10. Plaintiff has propounded a third set of interrogatories to Defendant Hobby Lobby Stores, Inc. d/b/a Hobby Lobby #679 d/b/a Hobby Lobby, to which responses were provided.

11. Subpoena duces tecum have been sent to various facilities and entities requesting records.

12. Deposition of Hobby Lobby employee, Apolinar Lopez.

13. Deposition of Plaintiff.

14. A site inspection has been performed.

15. The parties have made initial and rebuttal expert disclosures.

## II.

## DISCOVERY TO BE COMPLETED

1.  Production of documents by Defendants.

2.  Deposition of Defendants' FRCP 30(b)(6) witness.

## III.

## WHY DISCOVERY CANNOT BE COMPLETED IN THE TIME PROVIDED BY THE SCHEDULING ORDER

The sole remaining delay in this file stems from the court's October 20, 2020 ruling on a motion for protective order. The parties realized the ruling could affect another area of discovery, but disagreed as to the effect's extent. To resolve that, they then obtained the audio recording of the hearing so as to avoid further motion work. Unfortunately, this recording was misrouted within defense counsel's office. This resulted in a delay to reviewing the recording, resolving the disagreement as to the extent of the ruling, and then a delay to resolving the potential additional discovery answers. Defense counsel has now resolved these delays and is working with the clients to assess their need for potential, additional discovery responses and then to proceed with the 30(b)(6) deposition. No further discovery is anticipated.

## IV.

## PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

| DISCOVERY | Current Deadline | PROPOSED DEADLINE |
|---|---|---|
| Interim Status Report | Closed | Closed |
| Initial Expert Disclosure | Closed | Closed |
| Rebuttal Expert Disclosure | Closed | Closed |
| Close of Discovery | February 8, 2021 | April 9, 2021 |
| Dispositive Motions | March 8, 2021 | May 7, 2021 |
| Pretrial Order | April 8, 2021 | June 7, 2021 [*] |

[*] If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

This Stipulation to Extend is made in good faith and not for purposes of delay.

DATED this 22nd of January, 2021.       DATED this 22nd of January, 2021.

NAQVI INJURY LAW                         WILSON ELSER MOSKOWITZ
                                         EDELMAN & DICKER LLP

*/s/ Paul G. Albright*_____     */s/ Michael P. Lowry*_____
FARHAN R. NAQVI                          MICHAEL P. LOWRY
Nevada Bar No. 8589                      Nevada Bar No. 10666
PAUL G. ALBRIGHT                         6689 Las Vegas Blvd., South, Suite 200
Nevada Bar No. 14159                     Las Vegas, Nevada 89114
9500 W Flamingo Road, Suite 104          *Attorney for Defendants*
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** ___1-29-2021_____