FARHAN R. NAQVI
Nevada Bar No. 8589
PAUL G. ALBRIGHT
Nevada Bar No. 14159
NAQVI INJURY LAW
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
naqvi@naqvilaw.com
paul@naqvilaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAYRI OLIVAS-ARENAS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>HOBBY LOBBY STORES, INC. d/b/a HOBBY LOBBY #679 d/b/a HOBBY LOBBY; 2199 NORTH RAINBOW BOULEVARD HOLDINGS, LLC; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00624-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE (NINTH REQUEST)** |

Plaintiff HAYRI OLIVAS-ARENAS ("Plaintiff"), by and through her attorneys of record, FARHAN R. NAQVI and PAUL G. ALBRIGHT of the law firm NAQVI INJURY LAW, and Defendants HOBBY LOBBY STORES, INC. d/b/a HOBBY LOBBY #679 d/b/a HOBBY LOBBY; 2199 NORTH RAINBOW BOULEVARD HOLDINGS, LLC (hereinafter collectively referred to as "Defendants"), by and through their attorney of record, MICHAEL P. LOWRY of the law firm WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, submit this

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE (NINTH REQUEST)** pursuant to LR 26-4 for the Court's consideration.

## I.

## DISCOVERY COMPLETED TO DATE

1. A Rule 26(f) Case Conference was held and a Discovery Plan/Scheduling Order was filed.
2. Plaintiff has made initial disclosures, and supplements thereto.
3. Defendants have made initial disclosures, and supplements thereto.
4. Plaintiff has propounded a first set of requests for production to Defendant 2199 North Rainbow Boulevard Holdings, LLC, to which responses were provided.
5. Plaintiff has propounded a first set of requests for production to Defendant Hobby Lobby Stores, Inc. d/b/a Hobby Lobby #679 d/b/a Hobby Lobby, to which responses were provided.
6. Plaintiff has propounded a first set of interrogatories to Defendant Hobby Lobby Stores, Inc. d/b/a Hobby Lobby #679 d/b/a Hobby Lobby, to which responses were provided.
7. Defendant 2199 North Rainbow Boulevard Holdings, LLC has propounded a first set of interrogatories to Plaintiff, to which responses have been provided.
8. Defendant 2199 North Rainbow Boulevard Holdings, LLC has propounded a first set of requests for production to Plaintiff, to which responses have been provided.
9. Plaintiff has propounded a second set of interrogatories to Defendant Hobby Lobby Stores, Inc. d/b/a Hobby Lobby #679 d/b/a Hobby Lobby, to which responses were provided.
10. Plaintiff has propounded a third set of interrogatories to Defendant Hobby Lobby Stores, Inc. d/b/a Hobby Lobby #679 d/b/a Hobby Lobby, to which responses were provided.
11. Subpoena duces tecum have been sent to various facilities and entities requesting records.

12. Deposition of Hobby Lobby employee, Apolinar Lopez.

13. Deposition of Plaintiff.

14. Deposition of Hobby Lobby FRCP 30(b)(6) designee.

15. A site inspection has been performed.

16. The parties have made initial and rebuttal expert disclosures.

17. Plaintiff served written discovery requests seeking records pertaining to training of Defendant's employees.

## II.

## DISCOVERY TO BE COMPLETED

1. Production of employee training documents by Defendants.

2. Continued deposition of Defendants' FRCP 30(b)(6) designee.

## III.

## WHY DISCOVERY CANNOT BE COMPLETED IN THE TIME PROVIDED BY THE SCHEDULING ORDER

Defendant Hobby Lobby Stores, Inc. filed a Motion for Summary Judgment on May 7, 2021, which this Court granted in part and denied in part following a hearing on January 11, 2021. The Court granted Defendant Hobby Lobby Stores, Inc.'s Motion as it relates to Plaintiff's negligent hiring and retention claims, which Plaintiff did not oppose. However, the Court denied Defendant Hobby Lobby Stores, Inc.'s Motion as it relates to Plaintiff's claims for general negligence, as well as negligent training and supervision. During the hearing, the Court re-opened discovery until February 25, 2022 so as to allow Defendant Hobby Lobby Stores, Inc. time to produce additional records pertaining to its workplace training for the two years prior to the subject incident, after which Plaintiff would have the opportunity to request a continued deposition of Defendant Hobby Lobby Stores, Inc.'s FRCP 30(b)(6) designee.

On January 13, 2022, Plaintiff served Defendant Hobby Lobby Stores, Inc. with requests for production consistent with the Court's order.  Defendant Hobby Lobby Stores, Inc. has been working to collect the requested documents, but has not been able to produce the documents quite yet.  Consequently, Plaintiff's counsel has not had the opportunity to review the information in preparation for the continued deposition of Defendant Hobby Lobby Stores, Inc.'s FRCP 30(b)(6) designee.  At the aforementioned hearing, the Court indicated that it would entertain a stipulation to extend this limited discovery period if the parties required more time to accomplish the foregoing.  As such, the parties submit this Stipulation and Order seeking additional time to complete limited discovery consistent with the Court's order.

/ / /

/ / /

/ / /

## IV.

**PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

| DISCOVERY | Current Deadline | PROPOSED DEADLINE |
|---|---|---|
| Close of Discovery | February 25, 2022 | April 29, 2022 |
| Pretrial Order | April 4, 2022 | June 3, 2022 |

This Stipulation to Extend is made in good faith and not for purposes of delay.

DATED this 17th of February, 2022.                    DATED this 17th of February, 2022.

NAQVI INJURY LAW                                       WILSON ELSER MOSKOWITZ
                                                       EDELMAN & DICKER LLP

/s/ Paul G. Albright_____                      /s/ Michael P. Lowry_____
FARHAN R. NAQVI                                        MICHAEL P. LOWRY
Nevada Bar No. 8589                                    Nevada Bar No. 10666
PAUL G. ALBRIGHT                                       6689 Las Vegas Blvd., South, Suite 200
Nevada Bar No. 14159                                   Las Vegas, Nevada 89114
9500 W Flamingo Road, Suite 104                        *Attorney for Defendants*
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**



RICHARD F. BOULWARE, II
United States District Court

DATED this 21st day of February, 2022.