1  FARHAN R. NAQVI
   Nevada Bar No. 8589
2  PAUL G. ALBRIGHT
   Nevada Bar No. 14159
3  NAQVI INJURY LAW
4  9500 W. Flamingo Road, Suite 104
   Las Vegas, Nevada 89147
5  Telephone: (702) 553-1000
   Facsimile: (702) 553-1002
6  naqvi@naqvilaw.com
7  paul@naqvilaw.com
   *Attorneys for Plaintiff*
8
                         **UNITED STATES DISTRICT COURT**
9
                               **DISTRICT OF NEVADA**
10

11 | HAYRI OLIVAS-ARENAS, individually, | Case No.: 2:19-cv-00624-RFB-VCF |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE FOR FILING RESPONSES TO DEFENDANTS' MOTIONS IN LIMINE** |
| HOBBY LOBBY STORES, INC. d/b/a HOBBY LOBBY #679 d/b/a HOBBY LOBBY; 2199 NORTH RAINBOW BOULEVARD HOLDINGS, LLC; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, | |
| Defendants. | |

Plaintiff HAYRI OLIVAS-ARENAS, by and through her attorneys of record, FARHAN R. NAQVI and PAUL G. ALBRIGHT of NAQVI INJURY LAW, and Defendant HOBBY LOBBY STORES, INC. d/b/a HOBBY LOBBY #679 d/b/a HOBBY LOBBY ("Defendants"), by and through its attorney of record, MICHAEL P. LOWRY of WILSON, ELSER, MOSCOWITZ, EDELMAN & DICKER, LLP, hereby stipulate and agree as follows:

/ / /

/ / /



**IT IS HEREBY STIPULATED AND AGREED** that the deadline for Plaintiff to file her responses to all motions in limine recently filed by Defendants be extended to **October 27, 2023**, including:

1. *Hobby Lobby Stores, Inc.'s Motion in Limine 1: Thomas Jennings* [Doc. 58];

2. *Hobby Lobby Stores, Inc.'s Motion in Limine 2: Causation Testimony from Treating Physicians* [Doc. 59];

3. *Hobby Lobby Stores, Inc.'s Motion in Limine No. 3: Undisclosed Damages* [Doc. 60];

4. *Hobby Lobby Stores, Inc.'s Motion in Limine No. 4: Mark James' Felony Conviction* [Doc. 61];

5. *Hobby Lobby Stores, Inc.'s Motion in Limine No. 5: Speculation as to When Spill was Created* [Doc. 62]; and

6. *Hobby Lobby Stores, Inc.'s Motion in Limine No. 6: Post Fall Investigation* [Doc. 63].

In accordance with L.R. 16-3(a), replies will only be allowed with leave of court.

This stipulation is not brought for purposes of undue delay or any other improper purpose. Several good causes exist for this extension. Firstly, the trial in this matter is currently set for January 29, 2024, thereby **rendering <u>December 29, 2024 as the deadline to file motions in limine</u>** pursuant to L.R. 16-3(a). **Defense counsel filed the foregoing motions <u>six (6) months early</u>** out of an abundance of caution, as he is concerned that he will be very busy at the end of the year with other trials.

Secondly, not only will Plaintiff's counsel be **<u>out of the office next week</u> for a pre-planned family vacation**, he is also **<u>undergoing surgery</u> the following week with a minimum recovery time of one week thereafte**r.

Thirdly, **Plaintiff's counsel has a trial on the July 31, 2023 stack** in a state district court case that was filed in July 2020, wherein the judge has indicated that it is highly likely that the



trial move forward towards the end of August because it is one of the oldest cases on said stack. The trial is expected to last at least two (2) weeks and settlement appears unlikely.

Lastly, the **parties are scheduled to participate in a <u>settlement conference</u> on August 9, 2023** before the Honorable U.S. Magistrate Judge Cam Ferenbach. Defendant's motions will be moot if this matter resolves at the settlement conference or shortly thereafter.

Therefore, the parties respectfully request that the deadline for Plaintiff to file her responses to all of Defendant's recently filed motions in limine be extended from July 7, 2023 to **October 27, 2023**, which is still two (2) months prior to the deadline to file motions in limine.

DATED this 30th day of June, 2023.

NAQVI INJURY LAW

 _/s/ Paul G. Albright_____
FARHAN R. NAQVI
Nevada Bar No. 8589
PAUL G. ALBRIGHT
Nevada Bar No. 14159
9500 W. Flamingo Rd, Suite 104
Las Vegas, NV 89147
*Attorneys for Plaintiff*

DATED this 30th day of June, 2023.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

_/s/ Michael P. Lowry_____
MICHAEL P. LOWRY
Nevada Bar No. 10666
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorney for Defendants*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   3rd day of July, 2023.

