# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HAYRI OLIVAS-ARENAS, | |
| Plaintiff(s), | |
| v. | 2:19-cv-00624-RFB-VCF |
| HOBBY LOBBY STORES, INC. d/b/a HOBBY LOBBY #679 d/b/a HOBBY LOBBY; 2199 NORTH RAINBOW BOULEVARD HOLDINGS, LLC; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, | **ORDER** |
| Defendant(s). | |

The court received communications from Michael Lowry, Esq. stating that the parties have not reached a settlement agreement.

Accordingly,

IT IS HEREBY ORDERED that the continued settlement conference scheduled for September 11, 2023, is VACATED.

DATED this 5th day of September 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE