**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89114
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Hobby Lobby Stores, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Hayri Olivas-Arenas, individually,<br><br>Plaintiff,<br><br>v.<br><br>Hobby Lobby Stores, Inc.; Does 1 through 100 and Roe Corporations 1 through 100, inclusive,<br><br>Defendants. | Case No: 2:19-cv-624<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss all claims in case 2:19-cv-624, all parties to bear their own fees and costs. The January 29, 2024 trial date was previously vacated.

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

NAQVI INJURY LAW

/s/Michael Lowry
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Attorneys for Hobby Lobby Stores, Inc.

/s/ Paul Albright
Paul G. Albright, Esq.
Nevada Bar No. 14159
Attorneys for Hayri Olivas-Arenas

**DATED:** January 18, 2024.

It is so ordered.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1

291125874v.1